UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
4-23-12
APR 2 3 2012

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

WALTER POWELL

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY JUDGE
MISS PORTMAN
FROM 2650 S CALIFORNIA
CHICAGO IL 60608
BOND JUDGE WOMAN

12 C 2999
Judge Charles R. Norgle, Sr
Magistrate Judge Young B. Kim

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: WALTER POWELL

    B. List all aliases: CALVIN TOE

    C. Prisoner identification number: B51121

    D. Place of present confinement: STATEVILLE CORR CENTER

    E. Address: PO BOX 112 JOLIET IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: JUDGE MISS PORTMAN

    Title: COOK COUNTY BOND JUDGE WOMAN

    Place of Employment: 2650 S CALIFORNIA CHICAGO IL

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____

D. List all defendants: _____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I AM FILEING A LAW SUIT ON JUDGE MISS PORTMAN FROM BOND COURT BECAUSE SHE HAS VIOLATED MY CONSTITUTIONAL RIGHTS UNDER THE 14TH AMEND SECTION 1 DEPRIVING ANY PERSON OF LIFE LIBERTY UNDER THE CONSTITUTION BY TELLING ME THAT I CANT TAKE ANY CTA TRAINS OR BUSES FOR THE CONDITIONS OF MY BAIL DEPRIVING ME OF MY RIGHTS. THE BOND JUDGE WOMAN TOLD THIS TO ME IN THE COURT ROOM ON AUGUST 23RD OF 2011 PLUS THIS JUDGE HAD VIOLATED MY CIVIL RIGHTS

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE TO HAVE 500,000.00 DOLLARS TO BE GIVEN TO ME BECAUSE OF THE MENTAL STRESS THAT HAS BEEN PUT ON ME. PLUS THE JUDGE HAS VIOLATED MY CONSTITUTIONAL RIGHTS UNDER THE 14TH AMENDMENT SECTION 1 DEPRIVING ANY PERSON OF LIFE LIBERTY

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this TUESDAY day of APRIL 17, 20 12

Walter Powell

(Signature of plaintiff or plaintiffs)

(Print name)
WALTER POWELL

(I.D. Number) B51121

PO BOX 112 JOLIET IL 60434

(Address)

6                                                          Revised 9/2007